# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

NATALIE NICOLE McCOY,

     **Plaintiff,**

v.                                  **No. 21-cv-0695 SMV**

KILOLO KIJAKAZI,
**Acting Commissioner of the
Social Security Administration,**

     **Defendant.**

## ORDER GRANTING LEAVE TO PROCEEED *IN FORMA PAUPERIS* AND DIRECTING SERVICE OF PROCESS

THIS MATTER is before the Court on Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Long Form) [Doc. 2], filed on July 28, 2021. The Court, being fully advised in the premises FINDS that the Motion should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Application [Doc. 2] be **GRANTED**. Plaintiff may proceed without payment of a filing fee, costs, or security therefor.

**IT IS FURTHER ORDERED** that the United States Marshal Service serve the summons and complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel of the Social Security Administration.

**IT IS SO ORDERED.**

                                           _____

                                           **STEPHAN M. VIDMAR**
                                           **United States Magistrate Judge**