IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**NATALIE N. MCCOY,**
       **Plaintiff,**

vs.                                                                            CIV NO. 2:21-cv-00695-SMV

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**
       **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 21) to file a response to Plaintiff's Motion to Reverse and Remand Administrative Agency Decision, with Memorandum of Law in Support (Doc. 16), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until March 18, 2022, to file a response, and Plaintiff shall have until April 1, 2022, to file a reply.

SIGNED February 15, 2022.

_____
HONORABLE STEPHAN M. VIDMAR
United States Magistrate Judge
Presiding by Consent

SUBMITTED AND APPROVED BY:

*Electronically submitted*
M. THAYNE WARNER
Special Assistant United States Attorney

*Electronically approved*
NANCY CRONIN
Attorney for Plaintiff