IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**NATALIE N. MCCOY,**
   **Plaintiff,**

v.                     CIV. NO. 2:21-cv-00695-SMV

**KILOLO KIJAKAZI,**
**Acting Commissioner of**
**Social Security,**
   **Defendant.**

## ORDER

Defendant, the Acting Commissioner of Social Security (Commissioner), by and through her counsel, has filed an unopposed motion with this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a REMAND to the Commissioner for further administrative proceedings.[1] *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

SIGNED March 16, 2022.

                   _____
                   STEPHAN M. VIDMAR
                   UNITED STATES MAGISTRATE JUDGE
                   Presiding by Consent

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

SUBMITTED AND APPROVED BY:

*Electronically submitted March 16, 2022*
VICTORIA V. JOHNSON
Special Assistant United States Attorney

*Electronically approved March 16, 2022*
NANCY CRONIN
Attorney for Plaintiff