IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**NATALIE NICOLE MCCOY**
    **Plaintiff,**

vs.                                              Civil Action No. 21-CV-00695

**KILOLO KIJAKAZI, ACTING COMMISSIONER**
**SOCIAL SECURITY ADMINISTRATION**
    **Defendant.**

### ORDER GRANTING ATTORNEY'S FEES AND COSTS

THE COURT having reviewed the parties' Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Doc. 27), HEREBY ORDERS that attorney fees be, and hereby are, awarded under the EAJA, payable to Plaintiff but mailed to Plaintiff's attorney in the amount of $8,611.00 in attorney fees. *See Astrue v. Ratliff*, 560 U.S. 586 (2010) (EAJA fees are paid to the prevailing party, not the attorney). Plaintiff is also entitled to costs in the amount of $44.30, which is to be paid from the Department of Justice's Judgment Fund, 28 U.S.C. § 2412, not agency funds.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that if Plaintiff McCoy's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

                                                                                 _____
                                                                                 Stephan M. Vidmar
                                                                                 United States Magistrate Judge
                                                                                 Presiding by Consent

Submitted by:

<u>Electronically submitted 05/18/22</u>
Nancy Cronin
Attorney for Plaintiff


Approved:


<u>Electronically approved 05/16/22</u>
Victoria V. Johnson
Special Assistant United States Attorney